**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**DARNELL R. HICKS,**
Plaintiff, Pro Se,                                    **Case No. 25-CV-2178 (KMK)**
v.
**JAMES HAZEL, et al.,**
Defendants.

## PLAINTIFF'S MOTION TO OBTAIN THE ORIGINAL OFFICIAL RECORDING
## AND TO PRESERVE THE ACCURACY OF THE RECORD

Plaintiff Darnell R. Hicks, proceeding pro se, respectfully moves this Court for an Order providing Plaintiff with the original official audio recording (or any available official recording) of the prior proceeding(s) in this action.

This motion is necessary because Plaintiff disputes the accuracy of the written transcript and/or written summary of the proceeding. Plaintiff believes the written wording does not accurately reflect what was stated on the record, and Plaintiff is concerned that the transcript contains fabricated or mischaracterized language. Plaintiff respectfully requests the official recording so that the exact words spoken in Court can be verified and the integrity of the record preserved.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order directing that:
1) Plaintiff be provided access to the original official audio recording (or other official recording) of the proceeding(s), or a complete copy of the same;
2) In the alternative, the Court provide instructions identifying the proper procedure to obtain the original recording (including the appropriate Court Reporter, transcription service, form, or fee); and
3) Such other and further relief as the Court deems just and proper.

Dated: January 23, 2026                      Denied in the absence of any specific
                                             complaints about the transcript's
                                             accuracy. The Clerk is respectfully
Respectfully submitted,                      directed to mail this document to
                                             Plaintiff.

Darnell R. Hicks                             So Ordered.
Plaintiff, Pro Se

                                             1/24/26