**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

DARNELL R. HICKS,

Plaintiff,

-against-

25 **CIVIL** 2178 (KMK)

**JUDGMENT**

JAMES HAZEL, #151, BALLEN, #172, and
VILLAGE OF OSSINING,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 11, 2026, Defendants' Motion is granted; accordingly, the case is closed.

**Dated:** New York, New York
September 14, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**